IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JON1 UTAUS-BB DOE, AND <br> JON4 UTAUS-SA DOE <br>     PLAINTIFFS, <br> v. <br><br> THE UNIVERSITY OF TEXAS AT <br> AUSTIN, <br>     DEFENDANT. | § § § § § § § § § <br><br> CAUSE NO. 1:19-CV-398-LY |

### FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On this date, the court rendered an order dismissing this cause. As nothing remains to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the Defendant is awarded costs.

**IT IS FURTHER ORDERED** that the case is hereby **CLOSED**.

SIGNED this _8th_ day of November, 2019.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE